OPINION #  O - 7150          WAS NEVER ISSUED OR

WAS WITHDRAWN.